IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 6:17-CR-_43___ |
| V. | § | JUDGES _RC/JDL_____ |
| | § | |
| CHARLES DAVID CHRISTINE | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

Violation: 21 U.S.C. § 841(a)(1)
(Possession with intent to distribute methamphetamine)

On or about November 15, 2016, in the Eastern District of Texas, **Charles David Christine**, Defendant herein, knowingly and intentionally possessed with intent to distribute more than 50 grams of methamphetamine (actual), a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1).

BRIT FEATHERSTON
ACTING U.S. ATTORNEY


___/s/  D. Ryan Locker_____
D. RYAN LOCKER
ASSISTANT U.S. ATTORNEY
Texas Bar No. 24046307
110 North College Avenue, Suite 700
Tyler, Texas 75702
(903) 590-1400

# NOTICE OF PENALTY

## COUNT 1

Violation: 21 U.S.C. § 841(a)(1) (Possession with intent to distribute methamphetamine mixture)

Penalty: Imprisonment not less than 10 years and not more than life; a fine not to exceed $10,000,000, or both; and a term of supervised release of at least 5 years.

If a defendant has a previous final conviction for a felony drug offense, said defendant shall be imprisoned not less than 20 years and not more than life; a fine not to exceed $20,000,000, or both; and a term of supervised release of at least 10 years.

Special Assessment: $100.00